**UNTIED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

SARAH GENTRY DOYLE,

                Plaintiff,                CASE NO. 10-14047

v.

                                        HON. MARIANNE O. BATTANI

COMMISSIONER OF SOCIAL
SECURITY,

                Defendant.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

      Plaintiff Sarah Gentry Doyle brings this action challenging the final decision of the Defendant Commissioner denying her application for Disability Insurance Benefits under the Social Security Act.  The case was referred to Magistrate Judge Mona K. Majzoub pursuant to 28 U.S.C. § 636(b)(1).  (Doc. 3).  Both parties filed dispositive motions, and in a Report and Recommendation ("R&R") dated August 1, 2011, Magistrate Judge Majzoub recommended that the Court grant Defendant's Motion for Summary Judgment (Doc. 12) and deny Plaintiff's Motion for Summary Judgment (Doc. 10).

      In the Report and Recommendation, the Magistrate Judge informed the parties that objections to the R&R needed to be filed within "fourteen (14) days of service" and that a party's failure to file objections would waive any further right of appeal.  (Doc. 13 at 10).  Neither party filed an objection.

      Because no objection has been filed in this case, the parties waived their right to de novo review and appeal.  Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation (Doc. 13), **GRANTS** Defendant's Motion for Summary

Judgment (Doc. 12) and **DENIES** Plaintiff's Motion for Summary Judgment (Doc. 10). Plaintiff's Complaint is **DISMISSED** in its entirety.

IT IS SO ORDERED.

s/Marianne O. Battani

U. S. District Court Judge

Dated: August 31, 2011

CERTIFICATE OF SERVICE

I hereby certify that on the above date a copy of this Order was served upon all parties of record, electronically

s/Bernadette M. Thebolt

**Case Manager**